UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
TIMOTHY DALE KINNEY    CASE NO. 20-10503
KELLY FLOWERS KINNEY   JUDGE BENJAMIN A. KAHN
1025 MACON STREET
ASHEBORO, NC  27203

DEBTORS

SSN(1) XXX-XX-4033    SSN(2) XXX-XX-1375    DATE: 03/16/2021

REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AMERICAN HONDA FINANCE CORPORATION<br>P O BOX 168088<br>IRVING, TX  75016 | $196.70<br>INT: 5.25%<br>NAME ID: 170178<br>CLAIM #: 0006 | (V) VEHICLE-SECURED<br><br>ACCT: 2229<br>COMMENT: 14HOND |
| AMERICAN HONDA FINANCE CORPORATION<br>P O BOX 168088<br>IRVING, TX  75016 | $2,063.96<br>INT: 5.25%<br>NAME ID: 170178<br>CLAIM #: 0007 | (V) VEHICLE-SECURED<br><br>ACCT: 1122<br>COMMENT: 15HOND |
| BANK OF AMERICA NA<br>P O BOX 15102<br>WILMINGTON, DE  19886-5102 | $2,367.63<br>INT: .00%<br>NAME ID: 173370<br>CLAIM #: 0009 | (U) UNSECURED<br><br>ACCT: 1826<br>COMMENT: CLASS B,321OR |
| BARBARA MANESS<br>799 WILLIAM AVE<br>ASHEBORO, NC  27203 | $0.00<br>INT: .00%<br>NAME ID: 182408<br>CLAIM #: 0004 | (S) SECURED<br>DIRECT PAY<br>ACCT:<br>COMMENT: DT,DIR,720A |
| BB&T NOW TRUIST<br>BANKRUPTCY MANAGEMENT<br>10-50-01-51<br>P O BOX 1847<br>WILSON, NC  27894 | $12,811.85<br>INT: 5.25%<br>NAME ID: 180677<br>CLAIM #: 0005 | (V) VEHICLE-SECURED<br><br>ACCT: 1111<br>COMMENT: 13GMC |
| BB&T NOW TRUIST<br>P O BOX 1847<br>100-50-01-51<br>WILSON, NC  27894 | $36,150.86<br>INT: .00%<br>NAME ID: 182227<br>CLAIM #: 0010 | (U) UNSECURED<br><br>ACCT: 8258<br>COMMENT: CLASS A/B,321OR |
| BB&T NOW TRUIST<br>P O BOX 1847<br>100-50-01-51<br>WILSON, NC  27894 | $5,202.66<br>INT: .00%<br>NAME ID: 182227<br>CLAIM #: 0011 | (U) UNSECURED<br><br>ACCT: 2951<br>COMMENT: CLASS A,321OR |
| BB&T NOW TRUIST<br>P O BOX 1847<br>100-50-01-51<br>WILSON, NC  27894 | $4,782.18<br>INT: .00%<br>NAME ID: 182227<br>CLAIM #: 0012 | (U) UNSECURED<br><br>ACCT: 4565<br>COMMENT: CLASS A,321OR |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| BB&T NOW TRUIST<br>P O BOX 1847<br>100-50-01-51<br>WILSON, NC  27894 | $5,459.27<br>INT:  .00%<br>NAME ID: 182227<br>CLAIM #:  0013 | (U) UNSECURED<br><br>ACCT: 2969<br>COMMENT:  CLASS A,321OR |
| BB&T NOW TRUIST<br>P O BOX 1847<br>100-50-01-51<br>WILSON, NC  27894 | $186.26<br>INT:  .00%<br>NAME ID: 182227<br>CLAIM #:  0014 | (U) UNSECURED<br><br>ACCT: 2001<br>COMMENT:  CLASS A,321OR |
| BB&T NOW TRUIST<br>P O BOX 1847<br>100-50-01-51<br>WILSON, NC  27894 | $914.21<br>INT:  .00%<br>NAME ID: 182227<br>CLAIM #:  0015 | (U) UNSECURED<br><br>ACCT: 6363<br>COMMENT:  CLASS A/B,321OR |
| BB&T NOW TRUIST<br>P O BOX 1847<br>100-50-01-51<br>WILSON, NC  27894 | $36.00<br>INT:  .00%<br>NAME ID: 182227<br>CLAIM #:  0030 | (U) UNSECURED<br><br>ACCT: 1484<br>COMMENT:  CLASS A,321OR |
| CIT<br>155 COMMERCE WAY<br>PORTSMOUTH, NH  03801 | $23,097.77<br>INT:  .00%<br>NAME ID: 182412<br>CLAIM #:  0016 | (U) UNSECURED<br><br>ACCT: 9818<br>COMMENT:  CLASS A,321OR |
| COMDATA<br>P O BOX 100647<br>ATLANTA, GA  30384-0647 | $0.00<br>INT:  .00%<br>NAME ID: 182413<br>CLAIM #:  0017 | (U) UNSECURED<br>NOT FILED<br>ACCT: 5735<br>COMMENT: |
| COMDATA<br>P O BOX 100647<br>ATLANTA, GA  30384-0647 | $0.00<br>INT:  .00%<br>NAME ID: 182413<br>CLAIM #:  0018 | (U) UNSECURED<br>NOT FILED<br>ACCT: C833<br>COMMENT: |
| CONNEXUS CREDIT UNION<br>ATTN LEGAL DEPT<br>P O BOX 8026<br>WAUSAU, WI  54402-8026 | $0.00<br>INT:  .00%<br>NAME ID: 182433<br>CLAIM #:  0008 | (S) SECURED<br>SURRENDERED<br>ACCT: 8240<br>COMMENT:  OC,BOAT,REL |
| CONNEXUS CREDIT UNION<br>ATTN LEGAL DEPT<br>P O BOX 8026<br>WAUSAU, WI  54402-8026 | $8,146.88<br>INT:  .00%<br>NAME ID: 182433<br>CLAIM #:  0029 | (U) UNSECURED<br><br>ACCT: 8240<br>COMMENT:  SPLIT,CLASS A,321OR |
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>P O BOX 3025<br>NEW ALBANY, OH  43054 | $20,365.00<br>INT:  .00%<br>NAME ID: 153461<br>CLAIM #:  0019 | (U) UNSECURED<br><br>ACCT: 1645<br>COMMENT:  CLASS A,321OR |
| FIRST CITIZENS BANK & TRUST CO<br>ATTN RECOVERY DEPT<br>P O BOX 28203<br>RALEIGH, NC  27611-8203 | $3,366.86<br>INT:  .00%<br>NAME ID: 165132<br>CLAIM #:  0020 | (U) UNSECURED<br><br>ACCT: 3024<br>COMMENT:  CLASS A,321OR |
| FIRST CITIZENS BANK & TRUST CO<br>ATTN RECOVERY DEPT<br>P O BOX 28203<br>RALEIGH, NC  27611-8203 | $26,130.09<br>INT:  .00%<br>NAME ID: 165132<br>CLAIM #:  0021 | (U) UNSECURED<br><br>ACCT: 1880<br>COMMENT:  CLASS A,321OR |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---:|---|
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $12,704.65<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0001 | (P) PRIORITY<br><br>ACCT: 4033<br>COMMENT: OC,221A,1220A,720A,720A |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $5,533.50<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0035 | (U) UNSECURED<br><br>ACCT: /PEN<br>COMMENT: CLASS A/B,321OR,221A |
| JOHN DEERE FINANCIAL<br>P O BOX 6600<br>JOHNSTON, IA  50131 | $0.00<br>INT: .00%<br>NAME ID: 127684<br>CLAIM #: 0022 | (U) UNSECURED<br>NOT FILED<br>ACCT: 8568<br>COMMENT: |
| M&T BANK<br>P O BOX 1508<br>BUFFALO, NY  14240 | $15,415.49<br>INT: .00%<br>NAME ID: 159726<br>CLAIM #: 0023 | (U) UNSECURED<br><br>ACCT: 5301<br>COMMENT: 321OR,820A,820A,CLASS A/B |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $4,358.89<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0002 | (P) PRIORITY<br><br>ACCT: 4033<br>COMMENT: OC |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $1,571.37<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0034 | (U) UNSECURED<br><br>ACCT: 4033<br>COMMENT: CLASS A/B,321OR |
| NATIONAL GENERAL INSURANCE<br>P O BOX 89431<br>CLEVELAND, OH  44101 | $0.00<br>INT: .00%<br>NAME ID: 163725<br>CLAIM #: 0024 | (U) UNSECURED<br>NOT FILED<br>ACCT: 5041<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $6,452.03<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0026 | (U) UNSECURED<br><br>ACCT: 7922<br>COMMENT: CLASS A,321OR |
| RANDOLPH CO REGISTER OF DEEDS<br>P O BOX 4458<br>ASHEBORO, NC  27204 | $52.00<br>INT: .00%<br>NAME ID: 1541<br>CLAIM #: 0033 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| RANDOLPH COUNTY TAX<br>725 MCDOWELL RD<br>ASHEBORO, NC  27205 | $0.00<br>INT: .00%<br>NAME ID: 9626<br>CLAIM #: 0003 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| STATE EMPLOYEES CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC  27611 | $17,676.99<br>INT: .00%<br>NAME ID: 53815<br>CLAIM #: 0025 | (U) UNSECURED<br><br>ACCT: 8151<br>COMMENT: SPLIT,CLASS A,321OR |
| STATE EMPLOYEES CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC  27611 | $0.00<br>INT: .00%<br>NAME ID: 53815<br>CLAIM #: 0031 | (S) SECURED<br>SURRENDERED<br>ACCT: 8151<br>COMMENT: OC,SHARES,REL |

PAGE 4  -  CHAPTER 13 CASE NO. 20-10503

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| STATE EMPLOYEES CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC  27611 | $0.00<br>INT: .00%<br>NAME ID: 53815<br>CLAIM #:  0032 | | (S) SECURED<br>AMENDED<br>ACCT: 8151<br>COMMENT: 720C/WDRN |
| TRAVEL RESORTS OF NC LLC<br>1930 N POPLAR ST<br>SOUTHERN PINES, NC  28387 | $0.00<br>INT: .00%<br>NAME ID: 182416<br>CLAIM #:  0027 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 0401<br>COMMENT: |
| TRULIANT FEDERAL CREDIT UNION<br>P O BOX 26000<br>WINSTON SALEM, NC  27114 | $2,841.03<br>INT: .00%<br>NAME ID: 27789<br>CLAIM #:  0028 | | (U) UNSECURED<br><br>ACCT: 0984<br>COMMENT:  CLASS A/B,321OR |
| **TOTAL:** | **$217,884.13** | | |
| JULIE H MORRISON ESQ<br>IVEY & EGGLESTON<br>111 WORTH ST<br>ASHEBORO, NC  27203 | $250.00 | | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

        Clerk, U.S. Bankruptcy Court
        101 S. Edgeworth Street
        P.O. Box 26100
        Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  03/16/2021        OFFICE OF THE CHAPTER 13 TRUSTEE

        By: /s/  Gayle McFarland
        Clerk
        Chapter 13 Office
        500 W FRIENDLY AVE STE 200
        P O BOX 1720
        GREENSBORO, NC  27402-1720

cc:  Debtors
    Attorney for Debtors - Electronic Notice